W. C. Magruder, Appellant, v. John Berninger and Margaret J. Berninger, Appellees.

Gen. No. 43,577.

opinion filed June 26, 1946; released for publication August 19, 1946. I. Roy Ross, for appellant; Andrew Pettinger, for appellees; G. A. Bosomburg, of counsel. Opinion by JUSTICE BURKE. **Not to be published in full.**